UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| CURTIS SNELL, | CASE NO. 2:25-cv-184-KKC-EBA |
| Plaintiff, | |
| v. | ORDER |
| SHAWN MCKENZIE, | |
| Defendant. | |

This matter is before the Court on Plaintiff Curtis Snell's motions for leave to proceed *in forma pauperis*. (R. 3, 10.) Snell's inmate trust fund account showed that he received deposits totaling $1,053.00 in the preceding six months, and he had an average monthly account balance of $175.50. (*See* R. 12 (citing R. 11).) The magistrate judge determined that Snell has the resources to pay the $5.00 filing fee and other fees associated with this action. (*Id*.)

Snell has since paid the $5.00 filing fee. The magistrate judge has entered a recommendation that Snell's motion be denied as moot. (R. 14.) Snell has not filed any objections to the recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby **ORDERS** that Snell's motions for leave to proceed *in forma pauperis* (R. 3, 10) are **DENIED** as moot.

This 18th of February, 2026.



Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**